## Commonwealth ex rel. Gardner, Appellant, v. Myers.

Submitted June 14, 1965. *Edward L. Gardner*, appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Gatewood, Appellant, v. Hendrick.

Submitted June 14, 1965. *Robert Gatewood*, appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Gill, Appellant, v. Myers.

Submitted June 14, 1965. *Calvin Gill*, appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.